IN RE: FRC, LLC
BANKRUPTCY NO. 11-19466

EXHIBIT B TO

MOTION BY DEBTOR FOR APPROVAL OF (A) SALE PROCEDURES, (B) BREAK-UP FEE AND EXPENSE REIMBURSEMENT PROVISIONS AND (C) (1) PROCEDURES FOR ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (2) FORM OF NOTICE OF CONTRACT ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS IN CONNECTION WITH SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>FRC, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 11-19466 |

**NOTICE OF (1) SALE, (2) DEADLINES FOR FILING OBJECTIONS,
(3) HEARING DATE, (4) ASSUMPTION AND ASSIGNMENT OF CONTRACTS,
(5) CURE AMOUNTS AND (6) PROCEDURES RELATING TO
THE RESOLUTION OF CURE AMOUNT DISPUTES**

## TO CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT**, on October 4, 2011, FRC, LLC (the "Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case, filed the following motions:

- *Debtor's Motion for Order (I) Authorizing the Sale of Certain Business Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts in Conjunction Therewith and (III) for Related Relief* (the "Sale Motion"), and

- *Motion by Debtor for Approval of (A) Sale Procedures, (B) Break-up Fee and Expense Reimbursement Provisions and (C) (1) Procedures for Assumption and Assignment of Executory Contracts and (2) Form of Notice of Contract Assumption and Assignment and Cure Costs in Connection with Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims, Interests and Encumbrances.* (the "Sale Procedures Motion")

pursuant to which the Debtor seeks Court authority to enter into a asset purchase agreement (the "APA") to sell the Acquired Assets (defined in the Sale Motion) related to its asset management industry research report business to Asset International, Inc. (the "Purchaser") for a purchase price of $500,000, subject to certain adjustments set forth in the APA (the "Sale"), as well as authority for procedures related to the Sale (as set out in the Sale Procedures Motion).

  **PLEASE TAKE FURTHER NOTICE THAT**, pursuant to that certain order of the United States Bankruptcy Court for the District of Massachusetts (the "Court"), dated October ___, 2011 (the "Sale Procedures Order"), the Court has established procedures for bidding and proposing counteroffers for the Sale. Subject to approval of the Sale Motion, the Sale shall take place on _____ ___, 2011 at __:__ _. m. **Any party intending to make counteroffers or**

#607775

**bid on the assets being sold pursuant to the Sale must comply with the Sale Procedures Order.**

      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to Section 363 of the Bankruptcy Code, the assets subject to the Sale Motion will be sold free and clear of all liens, claims, interests and encumbrances, including without limitation all consensual liens and security interests and all liens or claims arising by operation of law. Any and all such liens, claims, encumbrances and interests shall attach to the proceeds of the Sale to the same extent and priority as existed prior to the filing of the Debtor's bankruptcy case. Nothing in this notice constitutes a waiver of the Debtor's right to review and challenge the extent, priority or validity of any lien, claim, encumbrance or interest.

      **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Sale Motion will be held on _____ \_\_\_, 2011 at \_\_:\_\_ \_.**m. (EST)** (the "Sale Hearing") before the Honorable_____, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts, 02109-3949. The Debtor will seek approval of the Sale Motion at the Sale Hearing.

      **ANY COUNTEROFFER OR ANY OBJECTION** to the Sale Motion must be made in writing and filed with the Clerk of the Court, via the Bankruptcy Court's CM/ECF System (for registered users) or by mail by _____ \_\_\_, 2011 at \_\_:\_\_ \_.**m. (EST)** (the "Objection Deadline") and served so that the counteroffer or objection is **received on or before** the Objection Deadline by (i) Debtor's counsel, Murphy & King, Professional Corporation, One Beacon Street, Boston, MA 02108, Attn: Harold B. Murphy, Esq.; (ii) the Office of the United States Trustee, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts, 02109-3949; (iii) counsel for the Asset International, Inc., Burns & Levinson LLP, 125 Summer Street, Boston, MA, 02110-1624, Attn: William V. Sopp, Esq.; (iv) counsel for Mercatus RC, LLC, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02110, Attn: Kevin Walsh, Esq.; and (v) counsel for the Official Committee of Unsecured Creditors [if any] (collectively, the "Notice Parties"). Any party filing an objection to the Sale Motion is required to appear at the Sale Hearing and absent such appearance, such objection shall be overruled and deemed moot. Any objection to the Sale Motion shall be governed by Federal Rule of Bankruptcy Procedure 9014.

      **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE TO YOU OR OPPORTUNITY TO OBJECT.**

      **COPIES OF THE SALE MOTION, THE RELATED EXHIBITS, AND THE BID PROCEDURES ORDER ARE AVAILABLE BY ELECTRONIC MAIL AND/OR BY REGULAR MAIL UPON REQUEST FROM THE UNDERSIGNED, FREE OF CHARGE.**

#607775

## TO ALL COUNTERPARTIES TO CONTRACTS WITH FRC, LLC:

**PLEASE TAKE NOTICE THAT,** the Debtor intends to assume and assign to the Purchaser the contracts on the attached Schedule 1 (collectively, the "Assumed Contracts") and proposes to pay the cure amounts (if any) set forth on the attached Schedule 1 (the "Cure Amounts") in connection with the assumption and assignment of the executory contracts and/or unexpired leases pursuant to the APA.

By Order dated October ___, 2011, the Court approved the following procedures for resolving any objections to the assumption and assignment and for resolution of any objections to the Cure Amounts in connection with the Assumed Contracts:

    a.    Any interested party seeking to object to the assumption and assignment to any bidder, or to the validity of their respective Cure Amount, if any, as set forth in this Notice or any subsequent update to such Notice, or to otherwise assert that any amounts, defaults, conditions, or pecuniary losses (including accrued but not yet due obligations) must be cured or satisfied under any of the Assumed Contracts in order for such contract or lease to be assumed and/or assigned (collectively, a "Cure Obligation"), must file an objection (a "Assumption/Assignment Objection") with the Clerk of the Court at the following address: United States Bankruptcy Court for the District of Massachusetts, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts, 02109, so as to be received by the Court not later than _____ ___, **2011 at __:__ _.m.** (the "Assumption/Assignment Objection Deadline"). An Assumption/Assignment Objection must also be served on the following parties-in-interest so as to be received on or before the Assumption/Assignment Objection Deadline: (i) Debtor's counsel, Murphy & King, Professional Corporation, One Beacon Street, Boston, MA 02108, Attn: Harold B. Murphy, Esq.; (ii) the Office of the United States Trustee, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts, 02109-3949; (iii) counsel for the Asset International, Inc., Burns & Levinson LLP, 125 Summer Street, Boston, MA, 02110-1624, Attn: William V. Sopp, Esq.; (iv) counsel for Mercatus RC, LLC, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02110, Attn: Kevin Walsh, Esq.; and (v) counsel for the Official Committee of Unsecured Creditors [if any] (collectively, the "Notice Parties").

    b.    An Assumption/Assignment Objection must set forth with specificity any and all Cure Obligations or conditions which such party asserts must be cured or satisfied with respect to such Assumed Contract; provided, however, that any party to an Assumed Contract shall retain the right to prosecute an objection with respect to adequate assurance of future performance only until the Sale Hearing and only if such objection was raised in an Assumption/Assignment Objection on or prior to the Assumption/Assignment Objection Deadline. An Assumption/Assignment Objection shall set forth the cure amount that the

3

#607775

    objector asserts is due, the specific types and dates of the alleged defaults, pecuniary losses and conditions to assignment, and the support therefore and all other objections to assumption and assignment.

c. Unless an Assumption/Assignment Objection is filed and served by the Assumption/Assignment Objection Deadline, all interested parties who have received this Notice shall be deemed to have waived and released any right to assert a Cure Obligation and to have otherwise consented to the assignment and shall be forever barred and estopped from asserting or claiming against the Debtor, the buyer of the Acquired Assets, or any other assignee of the relevant assigned contract that any additional amounts are due or monetary or non-monetary defaults exist, or conditions to assignment must be satisfied, under such Assumed Contract.

d. Hearings with respect to any Assumption/Assignment Objections may be held (i) at the Sale Hearing, or (ii) at such other date as the Court may designate; *provided* that (1) as to objections to assumption and assignment based solely on the amount of the proposed monetary cure, if the subject Assumed Contract is assumed and assigned prior to resolution of any Assumption/Assignment Objection, the monetary cure amount asserted by the objecting party (or such lower amount as may be fixed by the Court) shall be deposited by the Debtor to be held in escrow with Debtor's counsel or such other person as the Court may direct pending further order of the Court or mutual agreement of the parties, and (2) hearings with respect to Assumption/Assignment Objection must be held prior to the closing of the Sale unless otherwise agreed to by the purchaser of the Acquired Assets.

e. The Debtor shall pay the Cure Amounts as set forth in Schedule 1, or as otherwise determined by the Court, to the counterparty to an Assumed Contract and satisfy any Cure Obligation as determined by the Court, prior to the assumption and assignment of the Assumed Contracts.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

#607775

**NOTICE TO ALL PARTIES SERVED:**

**Your rights may be affected.** You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Any request for a continuance **MUST** be made by **WRITTEN MOTION**. *See* MLBR 5071-1.

                                                Respectfully Submitted,
                                                FRC, LLC

                                                By its counsel,

                                                /s/ *DRAFT*
                                                Harold B. Murphy (BBO #362610)
                                                John C. Elstad (BBO #654469)
                                                MURPHY & KING, P.C.
                                                One Beacon Street
                                                Boston, MA  02108-3107
                                                Tel: (617) 423-0400
                                                Fax: (617) 556-8985
                                                jce@murphyking.com

Dated: October ___, 2011

#607775

IN RE: **FRC, LLC**
BANKRUPTCY NO. **11-19466**

SCHEDULE 1 TO EXHIBIT B TO

MOTION BY DEBTOR FOR APPROVAL OF (A) SALE PROCEDURES,
(B) BREAK-UP FEE AND EXPENSE REIMBURSEMENT PROVISIONS AND (C) (1)
PROCEDURES FOR ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES AND (2) FORM OF NOTICE OF
CONTRACT ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS IN
CONNECTION WITH SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND
CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES

## CUSTOMER CONTRACTS

| Customer | Contract Number/Date | Item | Product Line | Cure Amount |
|---|---|---|---|---|
| | SO100477 | | | $0.00 |
| ING US Financial Services | 9/30/2010 | CSV-QUPDATE | 529 | $0.00 |
| ING US Financial Services | 9/30/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| ING US Financial Services | 9/30/2010 | MUF-LIFECYCLE | Investments | $0.00 |
| | SO100481 | | | $0.00 |
| Credit Suisse | 10/4/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100483 | | | $0.00 |
| Pershing | 10/19/2010 | CSV-DUPDATE | 529 | $0.00 |
| Pershing | 10/19/2010 | CSV-QUPDATE | 529 | $0.00 |
| | SO100484 | | | $0.00 |
| Pacific Life Insurance Company | 10/20/2010 | MUF-LIFECYCLE | Investments | $0.00 |
| | SO100519 | | | $0.00 |
| Principal Financial Group | 12/6/2010 | MUF-LIFECYCLE | Investments | $0.00 |
| Principal Financial Group | 12/6/2010 | SUB-QUARTERLY | Investments | $0.00 |
| Principal Financial Group | 12/6/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100491 | | | $0.00 |
| Nationwide Financial Services | 11/11/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100509 | | | $0.00 |
| UBS Global Asset Management | 11/30/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| UBS Global Asset Management | 11/30/2010 | MUF-LIFECYCLE | Investments | $0.00 |
| | SO100529 | | | $0.00 |
| MFS Investment Management | 12/20/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100488 | | | $0.00 |
| Vanguard Group Inc. | 11/2/2010 | CSV-DUPDATE | 529 | $0.00 |
| Vanguard Group Inc. | 11/2/2010 | CSV-QUPDATE | 529 | $0.00 |
| | SO100502 | | | $0.00 |
| Upromise Investments, Inc. | 11/17/2010 | CSV-DUPDATE | 529 | $0.00 |
| | SO100518 | | | $0.00 |
| Calvert Group | 12/6/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100528 | | | $0.00 |
| Hartford (The) | 12/20/2010 | CSV-DUPDATE | 529 | $0.00 |
| Hartford (The) | 12/20/2010 | CSV-QUPDATE | 529 | $0.00 |
| | SO100531 | | | $0.00 |
| Wellington Management | 12/23/2010 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100534 | | | $0.00 |
| T. Rowe Price | 1/6/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100535 | | | $0.00 |
| DWS Investments | 1/7/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100537 | | | $0.00 |
| Vanguard Group Inc. | 1/10/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100543 | | | $0.00 |
| GE Asset Management : GE Investment Distributors Inc. | 1/20/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| GE Asset Management : GE Investment Distributors Inc. | 1/20/2011 | SUB-MNDTCHG | Investments | $0.00 |
| GE Asset Management : GE Investment Distributors Inc. | 1/20/2011 | SUB-QUARTERLY | Investments | $0.00 |
| | SO100547 | | | $0.00 |
| Fidelity Consulting Group | 1/25/2011 | CSV-DUPDATE | 529 | $0.00 |
| Fidelity Consulting Group | 1/25/2011 | CSV-QUPDATE | 529 | $0.00 |
| Fidelity Consulting Group | 1/25/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| Fidelity Consulting Group | 1/25/2011 | MUF-LIFECYCLE | Investments | $0.00 |
| | SO100549 | | | $0.00 |
| TIAA-CREF | 1/28/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100538 | | | $0.00 |
| ING US Financial Services : ING Investment Management Grc | 1/12/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100536 | | | $0.00 |
| Merrill Lynch Retirement Group | 1/7/2011 | CSV-DUPDATE | 529 | $0.00 |
| Merrill Lynch Retirement Group | 1/7/2011 | CSV-QUPDATE | 529 | $0.00 |
| Merrill Lynch Retirement Group | 1/7/2011 | CSV-VIEWS | 529 | $0.00 |
| | SO100542 | | | $0.00 |
| Janus Capital Group | 1/19/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100565 | | | $0.00 |
| BlackRock\IShares | 3/8/2011 | CSV-DUPDATE | 529 | $0.00 |
| BlackRock\IShares | 3/8/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100581 | | | $0.00 |
| First National Bank of Omaha | 3/28/2011 | CSV-DUPDATE | 529 | $0.00 |
| First National Bank of Omaha | 3/28/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100563 | | | $0.00 |
| State Farm Insurance Company | 3/1/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100567 | | | $0.00 |
| Putnam Investments | 3/9/2011 | CSV-DUPDATE | 529 | $0.00 |
| Putnam Investments | 3/9/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100569 | | | $0.00 |

## CUSTOMER CONTRACTS

| Customer | Contract Number/Date | Item | Product Line | Cure Amount |
|---|---|---|---|---|
| AllianceBernstein Investment | 3/10/2011 | CSV-DUPDATE | 529 | $0.00 |
| AllianceBernstein Investment | 3/10/2011 | CSV-QUARTERLYFEE | 529 | $0.00 |
| AllianceBernstein Investment | 3/10/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100582 | | | $0.00 |
| John Hancock Funds, Inc. | 3/28/2011 | CSV-DUPDATE | 529 | $0.00 |
| John Hancock Funds, Inc. | 3/28/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100586 | | | $0.00 |
| Ohio Tuition Trust Authority | 4/4/2011 | CSV-DUPDATE | 529 | $0.00 |
| | SO100587 | | | $0.00 |
| Columbia Management Group | 4/6/2011 | CSV-DUPDATE | 529 | $0.00 |
| Columbia Management Group | 4/6/2011 | CSV-QUARTERLYFEE | 529 | $0.00 |
| Columbia Management Group | 4/6/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100517 | | | $0.00 |
| American Century Companies | 12/6/2010 | 529 Quarterly Qualitative Update | 529 | $0.00 |
| American Century Companies | 12/6/2010 | 529 Views on the News | 529 | $0.00 |
| American Century Companies | 12/6/2010 | Sub Advisory Quarterly Update | Investments | $0.00 |
| | SO100593 | | | $0.00 |
| OppenheimerFunds, Inc. | 5/6/2011 | CSV-QUARTERLYFEE | 529 | $0.00 |
| OppenheimerFunds, Inc. | 5/6/2011 | CSV-DUPDATE | 529 | $0.00 |
| OppenheimerFunds, Inc. | 5/6/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100604 | | | $0.00 |
| Legg Mason, Inc. | 5/23/2011 | CSV-DUPDATE | 529 | $0.00 |
| Legg Mason, Inc. | 5/23/2011 | CSV-QUARTERLYFEE | 529 | $0.00 |
| Legg Mason, Inc. | 5/23/2011 | CSV-QUPDATE | 529 | $0.00 |
| Legg Mason, Inc. | 5/23/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100595 | | | $0.00 |
| BMO Bank of Montreal | 5/9/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100597 | | | $0.00 |
| Transamerica Capital Inc. | 5/9/2011 | SUB-QUARTERLY | Investments | $0.00 |
| | SO100612 | | | $0.00 |
| Union Bank & Trust Company | 5/31/2011 | CSV-DUPDATE | 529 | $0.00 |
| Union Bank & Trust Company | 5/31/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100611 | | | $0.00 |
| Jennison Associates LLC | 5/27/2011 | SUB-QUARTERLY | Investments | $0.00 |
| | SO100605 | | | $0.00 |
| Capital Group Companies, Inc. | 5/23/2011 | CSV-DUPDATE | 529 | $0.00 |
| | SO100606 | | | $0.00 |
| Putnam Investments | 5/23/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100609 | | | $0.00 |
| Capital Group Companies, Inc. | 5/24/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100613 | | | $0.00 |
| Franklin Templeton Investments | 5/31/2011 | CSV-DUPDATE | 529 | $0.00 |
| | SO100624 | | | $0.00 |
| T. Rowe Price | 6/16/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100627 | | | $0.00 |
| T. Rowe Price | 6/16/2011 | MUF-LIFECYCLE | Investments | $0.00 |
| | SO100629 | | | $0.00 |
| T. Rowe Price | 6/16/2011 | CSV-DUPDATE | 529 | $0.00 |
| | SO100616 | | | $0.00 |
| Virginia College Savings Plan | 6/3/2011 | CSV-DUPDATE | 529 | $0.00 |
| Virginia College Savings Plan | 6/3/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100617 | | | $0.00 |
| Hatteras Funds | 6/6/2011 | ALTERNATIVES-QUPDATE | Alternatives / Not Acquired | $0.00 |
| | SO100639 | | | $0.00 |
| TIAA-CREF | 6/30/2011 | CSV-DUPDATE | 529 | $0.00 |
| TIAA-CREF | 6/30/2011 | CSV-QUPDATE | 529 | $0.00 |
| | SO100635 | | | $0.00 |
| Fidelity Consulting Group | 6/29/2011 | ALTERNATIVES-QUPDATE | Alternatives / Not Acquired | $0.00 |
| | SO100644 | | | $0.00 |
| First Trust Advisors L.P. | 7/13/2011 | ALTERNATIVES-QUPDATE | Alternatives / Not Acquired | $0.00 |
| First Trust Advisors L.P. | 7/13/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100650 | | | $0.00 |
| Hartford (The) | 7/21/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100653 | | | $0.00 |
| PNC Financial Services Group Inc. | 7/25/2011 | FRC-MONITOR | Monitor Views | $0.00 |
| | SO100665 | | | $0.00 |
| Pershing | 8/16/2011 | CSV-DUPDATE | 529 | $0.00 |
| Pershing | 8/16/2011 | CSV-QUPDATE | 529 | $0.00 |
| | | | | $0.00 |

## VENDOR CONTRACTS

| Vendor | Contract Number | Cure Amount |
| --- | --- | --- |
| CoActive Capital Partners, Inc. | #38934 | $6,040.24 |
| CoActive Capital Partners, Inc. | #39373 | $7,849.58 |
| New River, Inc. | | $10,000.00 |
| Rackspace US, Inc. | | $957.00 |