# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** FRC, LLC  **Case Number:** 11-19466  **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#6   Motion filed by Debtor FRC, LLC For Emergency Determination (Re:[3] Motion to Approve, [4] Miscellaneous Motion, [5] Motion to Pay)  (Elstad, John)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                            Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  x  _DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Motion is allowed in part and denied in part.  The Court shall conduct a hearing on (1) the Debtor's Motion to Pay Prepetition Wages, Salaries and Benefits (# 5) and (2) the Debtor's Motion for (A) Authority to Borrow pursuant to 11 U.S.C. § 364, and (B) Related Relief (# 4) on Thursday, October 6, 2011 at 1:30 pm.

The Court shall schedule a hearing on the Debtor's Motion for Approval of (A) Sale Procedures, (B) Break-up Fee and Expense Reimbursement Provisions and (C)(1) Procedures for Assumption and Assignment of Executory Contracts and (2) Form of Notice of Contract Assumption and Assignment and Cure Costs in Connection with Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims, Interests and Encumbrances  (# 3) when the Debtor files its Schedules of Assets and Liabilities and Statement of Financial Affairs.

IT IS SO NOTED:                           IT IS SO ORDERED:

                                          /s/ Joan N. Feeney
_____                    _____ Dated: 10/04/2011
Courtroom Deputy                          Joan N. Feeney, U.S. Bankruptcy Judge