UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **In re:**     )<br>               )<br>               )<br>**FRC, LLC,**  )<br>               )<br>    **Debtor.** )<br>               ) | **Chapter 11**<br>**Case No. 11-19466-JNF** |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

I, John C. Elstad, herby certify that on this 7th day of October, 2011, I caused a copy of the attached *Notice of Nonevidentiary Hearing* regarding *Motion by Debtor for Approval of (A) Sale Procedures, (B) Break-up Fee and Expense Reimbursement Provisions and (C)(1) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases and (2) Form of Notice of Contract Assumption and Assignment and Cure Amounts in Connection with Sale of Certain of the Debtor's Assents Free and Clear of All Liens, Claims, Interests and Encumbrances* to be served by this Court's CM/ECF System, by electronic mail, by facsimile and/or by overnight mail, postage prepaid on the persons and entities listed on the attached Service List.

      /s/ John C. Elstad
John C. Elstad
MURPHY & KING, Professional Corporation
One Beacon Street
Boston, Massachusetts 02109
Phone: (617) 423-0400
Fax: (617) 423-0498
jce@murphyking.com

608285-v1

**FRC, LLC**
**Service List**
**608194-v1**

## VIA ECF

John Fitzgerald, Esq.
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl., Suite 1000
Boston, MA 02109
Email: USTPRegion01.BO.ECF@USDOJ.GOV

David Amidon, Esq. and William V. Sopp, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Email: damidon@burnslev.com; wsopp@burnslev.com
(*Counsel to Asset International, Inc.*)

## VIA ELECTRONIC MAIL

Morningstar, Inc.
Attn: Kevin Johnson
Email: KEVIN.JOHNSON@morningstar.com

Timeous, LLC
1217 Willowbrook
Apt #1
Huntsville, AL 35802
Email: andrew.white@timeous.us

Thomson Reuters
Attn: David Vinyard
Lipper, Inc.
3 Times Square
New York, NY 10036
Email: david.vinyard@thomsonreuters.com

Channel Mining Solutions, Inc.
Attn: John Linnehan
4 Sentinel Road,
Hingham, MA 02043
Email: jlinnehan@channelmining.com

James Goodwin
11 Woodhaven Road
Barrington, RI 20806
Email: james.j.goodwin@cox.net

BrightScope, inc.
Attn: Oscar Hackett
P.O. Box 910776
San Diego, CA 92191
Email: oscar@brightscope.com

Lesley Prescott
12 Park Avenue
Needham, MA 02949
Email: leslie@prescott.cc

Beacon Hill Staffing Group
Attn: John Kreitz
Box 83259
Woburn, MA 01813-3259
Email: jkreitz@beaconhillstaffing.com

eMatrix Knowledge Solutions, LLC
Attn: Kaushik Basumalli
30 River Court, #506
Jersey City, NJ 07310
Email: kaushik.basu@ematrix-inc.com

Timothy Baldanzi
15 Fort Pond Hill
Littleton, MA 01460-2105
Email: tbaldanzi@mac.com

| | |
|---|---|
| Broadridge Contract Sulutions, Inc.<br>Attn: Christine Dougherty<br>1155 Long Island Avenue<br>Edgewood, NY 11717<br>Email: christine.dougherty@broadridge.com | Co Active Capital Partners<br>Attn: Maria Padilla<br>655 Business Center Drive<br>Horsham, PA 19044<br>Email: Mpadilla@LEASERV.com |
| Zephyr Associates, Inc.<br>Attn: Elaine Dorris<br>Dept. 1899<br>PO Box 1899<br>Birmingham, AL 35287-1899<br>Email: elaine.dorris@styleadvisor.com | Everon Technology Services, LLC<br>Attn: Alison Swanigan<br>Box 83369<br>Woburn, MA 01813<br>Email: aswanigan@Everonit.com |
| Faneuil Hall Place LLC<br>Attn: Dora Clark<br>4 South Market Building<br>Boston, MA 02109<br>Email: Dorothy.Clark@ggp.com | Kevin Boyle<br>22 Willowdale Road,<br>Winchester, MA 01890<br>Email: kpboyle@hotmail.com |
| Virtua Research<br>Attn: Barbara Sabonis<br>2 Oliver Street<br>Suite 1003<br>Boston, MA 02109<br>Email: bsabonis@virtuaresearch.com | |
| **VIA FIRST-CLASS MAIL** | |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA  02114-9564 | Securities & Exchange Commission<br>450 Fifth Street, NW<br>Washington, DC 20549 |
| Internal Revenue Service<br>James Spinale, MS 20800<br>JFK Federal Building<br>PO Box 9112<br>Boston, MA 02203 | Securities and Exchange Commission<br>Boston District Office<br>33 Arch Street<br>23rd Floor<br>Boston, MA 02110 |
| Commonwealth of Massachusetts<br>Division of Employment & Training<br>Attention:  Chief Counsel<br>Hurley Building - Government Center<br>Boston, MA 02114 | Carmen M. Ortiz, U.S. Attorney<br>U.S. Court House, Suite 9200<br>One Court House Way<br>Boston, MA 02210 |
| Office of the Attorney General<br>Commonwealth of Massachusetts<br>Consumer Protection Division<br>One Ashburton Place<br>Boston, MA 02108 | Blue Cross Blue Shield<br>PO Box 4701<br>Woburn, MA 01888 |

| | |
|---|---|
| Bellomy Research Inc.<br>Attn: John Sessions<br>175 Sunnynoll Court<br>Winston-Salem, NC 27106 | A. A. White Company<br>444 Washington Street<br>Providence, RI 02903 |
| Blue Frog Solutions, Inc.• •<br>555 S. Andrews Ave.<br>Pompano Beach, FL 33069 | Citrix Online, LLC<br>6500 Hollister Average<br>Santa Barbara, CA 93177 |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | Corporate Service Company<br>2711 Centerville Rd.<br>Suite 400<br>Wilmington, DE 19808 |
| Brink's Document Destruction<br>46 Sprague Street<br>Hyde Park, MA 02136 | Delta Dental<br>465 Medford Street<br>Charlestown, MA 02129 |
| Canon Financial Services<br>15004 Collection Center Drive<br>Chicago, IL 60693 | Federal Wine & Spirits<br>29 State Street<br>Boston, MA 02109 |
| Deadline Delivery Service, Inc.<br>1281 Washington Street East<br>East Weymouth, MA 02189 | Greater Talent Network, Inc.<br>437 Fifth Avenue<br>New York, NY 10016 |
| eprguru<br>9880 Clark Street<br>Suite 101<br>QMontreal  QC H3L 2R3<br>CANADA | Hunt & Gather<br>119 Braintree Street<br>Ste. 519<br>Allston, MA 02134 |
| Exhibitpro<br>9075 Antares Avenue<br>Columbus, OH 43240 | Intefrity Research Associates, LLC<br>53 West 36th Street<br>Suite 1002<br>New York, NY 10018 |
| Foley Hoag LLP<br>Seaport West 155 Seaport Boulevard<br>Boston, MA 02210 | JFH Innovation LLC<br>115 Pittsford Victor Rd.<br>Suite 103<br>Pittsford, NY 14534 |

Hargrove Inc.
One Hargrove Drive
Lanham, MD 20706

Lesley Prescott
12 Park Avenue
Needham, MA 02492

Insured Retirement Institute
1331 Street, NW Suite 310
Washington, DC 20005

LiquidSpoke, Inc.
460 East Swedesford Road
Wayne, PA 19087

Interactive Palette
P.O. Box 1007
Fall River, MA 02722

MD Technical Resources, Inc.
1807 Glenview Road
Glenview, IL 60025

Katherine M De Groot
13 Bailey Avenue
Plattsburgh, NY 12901

Money Media, Inc.
1430 Broadway
12th Floor
New York, NY 10018

Lincoln National Life
PO Box 0821
Carol Stream, IL 60132

Personnel Concepts
PO Box 5750
Carol Stream, IL 60197

Litho-Craft
One Lowell Avenue
Boston, MA 02109

Pitney Bowes DM100
PO Box 371896
Pittsburgh, PA 15250

Mercatus RC LLC
2 Faneuil Hall Market Place
Boston, MA 02109

Polidoro Marketing Communications LLC
4936 Sabal Lake Circle
Sarasota, FL 34238

Pensions & Investments
1155 Gratiot Avenue
Detroit, MI 48207

Rackspace
POBox 730759
Dallas, TX 75373

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Rippleffect
716 West Whiteside Street
Springfield, MO 65807

| | |
|---|---|
| Poland Springs<br>PO Box 856192<br>Louisville, KY 40285 | Robin Comerford<br>8 Prides Circle<br>Andover, MA 01810 |
| PR Newswire Association LLC<br>G.P.O. Box 5897<br>New York, NY 10087 | Sweetscape Software<br>148 Pownal Road<br>RR#1 Pownal PEI C0A 1Z0<br>CANADA |
| RIIA<br>101 Federal Street<br>Suite 1900<br>Boston, MA 02110 | Verizon<br>PO Box 1100<br>Albany, NY 12250 |
| Robert Hedges<br>11 Colonial Way<br>Weston, MA 02493 | WB Mason<br>59 Centre Street<br>Brockton, MA 02303 |
| Sara Mason Ader<br>32 Highview Drive<br>Hingham, MA 02043 | XO Communications<br>8851 Sandy Pkwy<br>Sandy, UT 84070 |
| Teresa Epperson<br>147 Orchard Avenue<br>Weston, MA 02493 | Wells Fargo Trust Operations<br>PO Box 1450<br>Minneapolis, MN 55485 |
| Wall Street Journal<br>200 Burnett Road<br>Chicopee, MA 01020 | |