# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: FRC, LLC                                    Case Number: 11-19466        Ch: 11

**MOVANT/APPLICANT/PARTIES:**

Sale Procedure Hearing:
#3 Motion by Debtor to Approval of (A) Sale Procedures, (B) Break-up Fee and Expense Reimbursement Provisions and (C)(1) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases and (2) Form of Notice of Contract Assumption and Assignment and Cure Amounts in Connection with Sale of Certain of the Debtor's Assets Free and Clear of all Liens, Claims, Interests and Encumbrances Re: #2 Motion for Order (I) Authorizing the Sale of Certain Business Assets Free and Clear of All Liens, Claims, Interests and Encumbrances,

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#3   DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Court approved the bidding procedures motion in part and denied it in part. A proposed order shall be submitted.

The Court shall hear the sale motion on November 18. 2011 at 11:00 AM and any objections to the sale motion shall be filed by November 16, 2011 at 4:30 PM.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
                                                                                   Dated: 10/17/2011
_____                             _____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge