```
                                    FILED IN OPEN COURT
                                    11, 18, 2011 AT
                                    U.S. BANKRUPTCY COURT
                                    DISTRICT OF MASSACHUSETTS
                                    [signature]
                                    DEPUTY CLERK
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re | ) |
| FRC, LLC, | ) Chapter 11  11-19466 |
|  | ) Case No. |
| Debtor. | ) |

### AFFIDAVIT OF THOMAS L. WRIGHT ON BEHALF OF THE PURCHASER IN SUPPORT OF ORDER APPROVING SALE

Thomas L. Wright, being duly sworn, upon his oath, deposes and says:

1. I am the Chief Financial Officer of Asset International, Inc., the Purchaser named in the Asset Purchase Agreement, as Amended (a true copy of such Amendment #1 is attached hereto), with the Debtor that is the subject of the above-captioned proceedings.

2. I submit this Affidavit in support of the request to this Honorable Court for an Order authorizing the sale of the subject "Acquired Assets" of the Debtor to the Purchaser, in accordance with the Motion of debtor for approval of same and with the terms of the Agreement as Amended.

3. The Purchaser is not an "insider" of the Debtor, as that term is defined by Section 101(31) of the Bankruptcy Code.

4. The Agreement, as Amended, and each of the transactions contemplated therein were negotiated, proposed and entered into by the Debtor and the Purchaser in good faith, without collusion and from arm's-length bargaining positions. The Purchaser has proceeded in good faith in all respects in connection with this proceeding, is a "good

faith purchaser" within the meaning of section 363(m) of the Bankruptcy Code in that, among other things (a) the Purchaser recognized that the Debtor was free to deal with any other party interested in acquiring the Acquired Assets; (b) the Purchaser agreed to provisions in the Notice of Private Sale that subjected the Agreement and the Sale Transaction to higher and better offers; (c) all payments to be made by the Purchaser, and other agreements or arrangements entered into by the Purchaser in connection with the transactions set forth in the Agreement, have been disclosed; (d) the Purchaser has not violated 11 U.S.C. § 363(n) by any action or inaction; (e) the Purchaser is a third-party purchaser unrelated to the Debtor; and (f) the negotiation and execution of the Agreement and any other agreements or instruments related thereto were without collusion, from arm's-length bargaining positions, and in good faith and, as such, is entitled to all the protections afforded thereby. Neither the Debtor nor the Purchaser have engaged in any conduct that would cause or permit the Agreement to be avoided; that would tend to hinder or delay creditors; or impose costs and damages under Section 363(n) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
Date: November 17, 2009

Name: Thomas L. Wright
Title: Chief Financial Officer